IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02634-MSK-BNB

CRUISER ACCESSORIES, LLC, a Colorado limited liability company,

        Plaintiff,

v.

CUSTOM ACCESSORIES, INC., an Illinois corporation,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Joint Motion to Dismiss with Prejudice **(#36)** filed May 5, 2011. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. Any and all claims, counterclaims and defenses asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 7th day of June, 2011.

                                                   **BY THE COURT:**

                                               */s/ Marcia S. Krieger*

                                               Marcia S. Krieger
                                               United States District Judge